# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
v. ) Case No: 05MG01263
JENNIFER COLABELLA, )

**1:05-MJ-00027-SMS**

FILED 2005 FEB 10 P 3:09

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
 (X) Ad Prosequendum    ( ) Ad Testificandum.

Name of Detainee: Jennifer Colabella
Detained at (custodian): Valley State Prison for Women, 21633 Avenue 24, Chowchilla, CA 93610

Detainee is: a.) ( ) charged in this district by:
   ( ) Indictment    ( ) Information    (X) Complaint
   Charging Detainee With: _____
or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
or b.) (X) be retained in federal custody until final disposition of the federal trial,

Appearance is necessary on February 25, 2005 at 9:00 a.m. in the courtroom of the Honorable Judge Ian M. Adler.

Signature: _____
Printed Name & Phone No.: Christopher M. Alexander, (619) 557-7425
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

February 4, 2005
Date _____ United States Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): Jennifer E. Adams    Female
Booking or Fed. Reg. #: CDC-W77511  Fed# 94260198    DOB: 8/18/1971
Facility Address: Valley State Prison for Women,
   P.O. Box 99, Chowchilla, CA 93610    Race: white    FBI #: 28001ITA4
Facility Phone: (559) 665-6100
Currently Incarcerated For: HS Poss Control Substance for Sale

------- RETURN OF SERVICE -------
Next appearance: Feb 11, 2005 @ 11AM Duty Judge
Executed on _____ by _____
Fresno, CA    (Signature)

N:\jmcpherson\Alexander\Writs\Colabella.Jennifer.state.writ.wpd
Form Crim-48

```
                                                    Unsealed 1/28/05
                                                              FILED
                                                         05 JAN 26 AM 11:22
                                                    CLERK, U.S. DISTRICT COURT
                                                    SOUTHERN DISTRICT OF CALIFORNIA
                                                                        BY: CA  DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'05 mg 0126

| UNITED STATES OF AMERICA, | ) Magistrate Case No. _____ |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) Title 21, U.S.C., Sec. 841(a)(1) – |
| JENNIFER COLABELLA, | ) Distribution of Methamphetamine |
| Defendant. | ) |

The undersigned Complainant, being duly sworn, states:

On or about August 14, 2003, within the Southern District of California, defendant JENNIFER COLABELLA, did knowingly and intentionally distribute 50 grams and more, to wit: approximately 78.9 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

1

1 | And the Complainant states that this Complaint is based on the
 2 | attached Statement of Facts, which is incorporated herein by
 3 | reference.
 4 |
 5 | _____
 6 | Signature of Complainant
 7 | FBI Special Agent
   | Official Title
 8 | Sworn to before me and subscribed in my presence, 1/25, 2005.
 9 |
10 | _____
   | United States Magistrate
11 |
12 | **WILLIAM McCURINE, JR.**
13 |
14 | **WILLIAM McCURINE, JR.**
15 | **U.S. MAGISTRATE JUDGE**

2

|   | |
|---|---|
| 1 | UNITED STATES OF AMERICA, |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | JENNIFER COLABELLA, |
| 5 | Defendant. |

## STATEMENT OF FACTS

On August 14, 2003, at approximately 3:35 p.m., a cooperating witness ("the CW") called COLABELLA to arrange for the purchase of methamphetamine. This call was recorded. During the call, COLABELLA agreed to sell the CW three ounces of methamphetamine for $1,850.

At approximately 4:45 p.m., COLABELLA met with the CW at Walgreens. COLABELLA and the CW went to 643 East Manor Drive, Chula Vista. At this location, COLABELLA sold the CW 78.9 grams of methamphetamine for $1850.

WMcluruney
1/25/05, 17:26 hrs

3